**No. 56034.**—McKesson & Robbins, Inc. v. United States, protest 172945–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in United States v. Browne Vintners Co., Inc. (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed.  In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as not landed, not found.  The protest was sustained to this extent.

**No. 56035.**—Vintage Wines, Inc. v. United States, protest 164071–K (New York).

Opinion by JOHNSON, J.  At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in United States v. Browne Vintners Co., Inc. (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested not found were not in fact received by the importer.  In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested not found.  The protest was sustained to this extent.

**No. 56036.**—Benson Construction Co. v. United States, protest 139045–K (Pembina).

Opinion by JOHNSON, J.  From an examination of the papers in the case the court was unable to find any evidence sufficient to overcome the action of the collector which was presumptively correct.  The protest was therefore overruled.

**No. 56037.**—Paramount Pictures Corporation v. United States, protest 172735–K (New York).

Opinion by JOHNSON, J.  An examination of the papers disclosing that the protest was filed more than 60 days after liquidation, the motion to dismiss was granted.